UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RENEE LIEVRE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CSP STATE PRISON, et al.,<br><br>　　　　　Defendants. | Case No.  C 14-3527 KAW (PR)<br><br>ORDER OF TRANSFER |

Plaintiff Michael Renee Lievre, a state prisoner incarcerated at California State Prison-Sacramento, has filed a civil rights action under 42 U.S.C. § 1983 complaining that his constitutional rights were violated by staff at his prison.

The acts complained of in this complaint occurred in Represa, California, which is located in Sacramento County in the Eastern District of California.  Venue, therefore, properly lies in the Eastern District and not in this one.  See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.  The Clerk of the Court shall transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 9/24/14

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE