1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL RENEE LIEVRE,                        No.  2:14-cv-2233 DAD P

12                    Plaintiff,

13          v.                                     ORDER and

14   CSP STATE PRISON, et al.,                     FINDINGS AND RECOMMENDATIONS

15                    Defendant.

16

17          By order filed September 29, 2014, plaintiff was directed to submit, within thirty days,

18   a completed affidavit in support of his request to proceed in forma pauperis, including a certified

19   copy of his prison trust account statement for the six-month period preceding the filing of his

20   complaint.  (See ECF No. 11.)  Plaintiff was informed that "failure to comply with this order will

21   result in a recommendation that this action be dismissed without prejudice."  (Id. at 2.)

22          The thirty day period has now expired, and plaintiff has not submitted the required matters

23   or otherwise responded to the court's order.  Therefore, the court will recommend dismissal of

24   this action without prejudice.

25          In accordance with the above, IT IS HEREBY ORDERED that the Clerk of Court

26   randomly assign a district judge to this action.

27          Further, IT IS HEREBY RECOMMENDED that this action be dismissed without

28   prejudice.

                                                   1

1    These findings and recommendations are submitted to the United States District Judge

2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

3  after being served with these findings and recommendations, any party may file written

4  objections with the court and serve a copy on all parties.  Such a document should be captioned

5  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

6  objections shall be filed and served within fourteen days after service of the objections.  The

7  parties are advised that failure to file objections within the specified time may waive the right to

8  appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9  Dated:  December 2, 2014

10

11

DAD:4

12  liev2233.fifp

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28